**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00085-CV**
_____

**IN THE INTEREST OF E.B.B.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-07-08212-CV**

**MEMORANDUM OPINION**

This is a suit affecting the parent-child relationship. Appellant filed a notice of appeal, in which he stated that he wishes to appeal from a modification order. The information from the District Clerk indicates that the trial court has not yet signed an order on the motion to modify, which was filed by the Texas Department of Family and Protective Services.

We questioned our jurisdiction over the appeal and instructed the parties to file written responses identifying the particular statute or rule authorizing an

interlocutory appeal by March 24, 2020. In the same letter, we warned the parties that we would dismiss the appeal unless our jurisdiction is established.

Appellant failed to identify a signed order by the trial court that is appealable at this time. *See* Tex. R. App. P. 42.3(a). Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 8, 2020
Opinion Delivered April 9, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.